UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EXTANG CORPORATION and UNDERCOVER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LAURMARK ENTERPRISES INC. and BAK INDUSTRIES, INC., JULIAN MAIMIN <br><br> Defendants. <br><br> LAURMARK ENTERPRISES INC., a Texas Corporation, and JULIAN MAIMIN, a California resident, and ISRAEL MAIMIN, a California resident, <br><br> Counterclaimants, <br><br> v. <br><br> EXTANG CORPORATION, UNDERCOVER, INC., KINDERHOOK INDUSTRIES, THI-UNDERCOVER HOLDINGS, LLC, TECTUM HOLDINGS, INC., and Does 1-50. <br><br> Counterdefendants. | Civil Action No. 12-cv-372 <br><br><br><br><br><br><br><br><br> [ ] ORDER GRANTING MOTION TO SUBSTITUTE BILLIE GELB, JULIAN MAIMIN AND LAUREN DROMY, EXECUTORS OF ISRAEL MAIMIN'S ESTATE, AS COUNTERCLAIMANTS IN PLACE OF AND FOR ISRAEL MAIMIN |

[ ] **ORDER GRANTING MOTION TO SUBSTITUTE BILLIE GELB, JULIAN MAIMIN AND LAUREN DROMY, EXECUTORS OF ISRAEL MAIMIN'S ESTATE, AS COUNTERCLAIMANTS IN PLACE OF AND FOR ISRAEL MAIMIN**

Before the Court came Defendant and Counterclaimant Julian Maimin's Motion to Substitute Billie Gelb, Julian Maimin, and Lauren Dromy, Executors of Israel Maimin's estate, as counterclaimants in place of and for Israel Maimin's interest in the above-captioned matter.

#325896

After consideration of the pleadings, the papers filed in support thereof, and the stipulation of the parties, the Court orders as follows:

Julian Maimin's Motion is hereby GRANTED and Billie Gelb, Julian Maimin, and Lauren Dromy are substituted for Israel Maimin as counterclaimants in the above-captioned matter.

IT IS SO ORDERED.

DATED: Nov. 8, 2013

*Barbara B. Crabb*
United States District Judge Barbara B. Crabb

#325896